UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELGADO,<br>    Plaintiff,<br>        v.<br>STEVEN KARNAZES,<br>dba ATTI Firm,<br>    Defendant. | NO. CV 17-2338-JFW (AGR)<br><br>ORDER OF DISMISSAL |

On April 10, 2017, the Court dismissed the Complaint in this civil rights action "with leave to file a First Amended Complaint within 30 days after entry of this order that cures the deficiencies described above. Failure to file a timely First Amended Complaint may result in dismissal of the complaint." (Dkt. No. 5.)

Plaintiff has failed to file a First Amended Complaint or any response to the Order Dismissing Complaint With Leave to Amend.

Accordingly, IT IS ORDERED that this action is dismissed for Plaintiff's failure to prosecute and to comply with the terms of the prior dismissal order. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED: May 19, 2017

_____
JOHN F. WALTER
United States District Judge